GARRETT R. CHASE, ESQ.
Nevada Bar No. 14498
**SHUMWAY VAN**
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: garrett@shumwayvan.com
*Attorney for Defendant, PlusFour, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL L. GAGLIANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PLUSFOUR, INC., a domestic corporation; TRANS UNION LLC, a foreign limited-liability company<br><br>Defendant. | Case No.: 2:21-cv-00462-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PLUSFOUR, INC. WITH PREJUDICE** |

Plaintiff MICHAEL L. GAGLIANO ("Plaintiff") and PLUSFOUR, INC. ("PlusFour") (collectively, the "Parties") have resolved all claims, disputes, and differences between the Parties in this matter. Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request and stipulate to dismissal of the above-captioned matter with prejudice, pursuant to Fed. R. Civ. P. 41(a) as to PlusFour, with the Parties bearing their respective attorneys' fees and costs incurred in this action.

DATED this 3rd day of March 2022.                 DATED this 3rd day of March 2022.

SHUMWAY VAN                                       LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Garrett R. Chase*                            */s/ Kevin L. Hernandez*
GARRETT R. CHASE, ESQ., #14498                    KEVIN L. HERNANDEZ, ESQ., #12594
8985 South Eastern Avenue, Suite 100              8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89123                           Las Vegas, Nevada 89147
*Attorneys for Defendant PlusFour, Inc.*          *Attorney for Plaintiff*

**ORDER**  Case No.: 2:21-cv-00462-RFB-NJK
STIPULATION AND ORDER FOR
**IT IS SO ORDERED.** DISMISSAL OF DEFENDANT
PLUSFOUR, INC. WITH PREJUDICE

Dated this  10th  day of March, 2022.

_____
**JUDGE RICHARD F. BOULWARE, II**
United States District Court

Respectfully submitted by:

**SHUMWAY VAN**

*/s/ Garrett R. Chase*
GARRETT R. CHASE, ESQ., #14498
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
*Attorneys for Defendant PlusFour, Inc.*